| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CABN 209013)<br>Assistant United States Attorney |

MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 13-00691 DLJ |
|     Plaintiff, | )<br>) | STIPULATION AND [] ORDER<br>REQUESTING AN INITIAL APPEARANCE DATE |
| v. | ) | |
| FRANCISCO PEREZ, | ) | Date: December 5, 2013<br>Time: 9:00 a.m. |
|     Defendant. | ) | |

The undersigned parties respectfully request that the Court schedule an initial appearance in the above-captioned case for December 5, 2013 at 9:00 a.m. On October 29, 2013, the defendant made an initial appearance in the Western District of New York, was released on a $10,000 unsecured bond, and ordered to appear in the Northern District of California on December 5, 2013.

SO STIPULATED:                        MELINDA HAAG
                                     United States Attorney

DATED: 11/21/13

                                     _____/s/_____
                                     SUSAN KNIGHT
                                     Assistant United States Attorney

STIPULATION AND [] ORDER

1 DATED: 11/21/13

_____/s/_____
JERRY A. FONG
Counsel for Mr. Perez

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that an initial appearance in *United States v. Francisco Perez* be scheduled on December 5, 2013 at 9:00 a.m.

SO ORDERED.

DATED:_____

_____
D. LOWELL JENSEN
United States District Judge

STIPULATION AND [] ORDER