```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    J. DOUGLAS WILSON (DCBN 412811)
 3  Chief, Criminal Division

 4  SUSAN KNIGHT (CABN 209013)
    Assistant United States Attorney
 5
         150 Almaden Boulevard, Suite 900
 6       San Jose, California 95113
         Telephone: (408) 535-5056
 7       FAX: (408) 535-5066
         Susan.Knight@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 13-00691 DLJ |
| Plaintiff, ) | STIPULATION AND [] ORDER |
| v. ) | CONTINUING THE INITIAL APPEARANCE DATE |
| FRANCISCO PEREZ, ) | |
| Defendant. ) | |

The undersigned parties respectfully request that the Court continue the scheduled initial appearance for December 5, 2013 be continued to January 9, 2014 at 9:00 a.m. The undersigned parties initially believed that the December 5th hearing would be continued due to the Court's lengthy calendar, and therefore, the defendant did not travel from New York, where he resides, to the Northern District of California. In order to accommodate the defendant's need to travel, the parties request that the initial appearance be continued to January 9, 2014.

//

//

//

STIPULATION AND [] ORDER

| | | |
|---|---|---|
| 1 | SO STIPULATED: | MELINDA HAAG<br>United States Attorney |
| 2 | DATED: 12/4/13 | |
| 3 | | _____/s/_____<br>SUSAN KNIGHT |
| 4 | | Assistant United States Attorney |

DATED: 12/4/13

_____/s/_____
JERRY A. FONG
Counsel for Mr. Perez

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that an initial appearance in *United States v. Francisco Perez* be continued from December 5, 2013 to January 9, 2014 at 9:00 a.m.

SO ORDERED.

DATED:_____

_____
D. LOWELL JENSEN
United States District Judge

STIPULATION AND [] ORDER